# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| **IN RE:**<br>Walter L. Nelson, Jr.<br>Rosa M Nelson<br>302 W. Houston Dr<br>Kathleen, GA  31047-2632 | **CHAPTER 13**<br><br>**Case Number:** 11-50993-JDW<br><br>**ATTORNEY:** KATHLEEN S. GRANTHAM |

## TRANSMITTAL OF UNCLAIMED FUNDS

Now comes the Chapter 13 trustee and transmits to William E. Tanner, Clerk of the United States Bankruptcy Court, the sum of $603.56 in unclaimed funds on behalf of the above-referenced debtors. The last known address for the creditor is as follows:

Zenith Acquisition Corp
P.O. Box 850
Amherst, NY 14226

**DATED:** September 30, 2013

/s/ Camille Hope
**Camille Hope, Trustee**
**P.O. Box 954**
**Macon, GA 31202**
**(478) 742-8706**